## C. R. JAMES, TO USE v. GEO. NOAKER, ET AL.

ERROR TO THE COURT OF COMMON PLEAS OF UNION COUNTY.

·Argued May 15, 1889—Decided May 27, 1889.

Before PAXSON, C. J., GREEN, CLARK, WILLIAMS and McCOLLUM, JJ.

No. 72 July Term 1889, Sup. Ct.; court below, No. 38 March Term 1886, C. P.

On February 5, 1886, a writ of scire facias sur mortgage was issued by C. R. James, to use of Ann W. James, against George Noaker and Catharine Noaker. On March 20, 1886, the defendants filed an affidavit of defence and afterward a supplemental affidavit of defence, the two setting out in many pages a complicated series of facts and accounts claimed to affect their liability on said mortgage. The plaintiff entered a rule for judgment for want of a sufficient affidavit of defence, which rule after argument was discharged, the court, BUCHER, P. J., filing no opinion. Thereupon the plaintiff took this writ, assigning as error the order discharging the rule for judgment.

*Mr. J. Merrill Linn*, for the plaintiff in error.

*Mr. Samuel H. Orwig*, for the defendant in error.

PER CURIAM:

We think the affidavit of defence was sufficient to carry the case to the jury. As it may come up again we refrain from any discussion of it at present.

Order affirmed.